# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

EDUCATION EXPLOSION, INC. D/B/A IMPACT CHARTER SCHOOL

**Plaintiff**

v.

LOUISIANA BOARD OF ELEMENTARY AND SECONDARY EDUCATION

**Defendant**

3:25-CV-00163

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1, _____

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Governor Jeff Landry, Attorney General Liz Murill, Legislative Auditor Mike Waguespack, Dr. Chakesha Scott (CEO of Impact Charter School), Friends of Impact Charter School, Inc.

/s/ Ronald S. Haley, Jr. (#30900)

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.