**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **EDUCATION EXPLOSION, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-163-JWD-RLB** |
| **LOUISIANA BOARD OF ELEMENTARY AND SECONDARY EDUCATION** | |

**ORDER**

Considering the recent suspension of attorney Ronald Haley,

**IT IS ORDERED** that a telephone conference is set for **April 23, 2025 at 10:00 a.m. Counsel for defendant shall initiate the call to all parties then contact the Court at (225) 389-3602.** Counsel for all parties as well as the client representative for Mr. Haley's client are required to participate in the call.

Signed in Baton Rouge, Louisiana, on April 17, 2025.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**