**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**EDUCATION EXPLOSION, INC.**  **CIVIL ACTION**

**VERSUS**  **NO. 25-163-JWD-RLB**

**LOUISIANA BOARD OF ELEMENTARY
AND SECONDARY EDUCATION**

**ORDER**

A telephone status conference was held on April 23, 2025.

**PRESENT:**  **Ashley Greenhouse – to file motion to enroll**
Counsel for Plaintiff

**Amanda M. LaGroue**
Counsel for Defendant

**Priya Kumar**
Counsel for Interested Party

The parties discussed the status of this matter. In light of the suspension of Mr. Haley, new counsel must enroll to represent the corporate entity. Ms. Greenhouse informed the Court that she will file her motion to enroll today.

Signed in Baton Rouge, Louisiana, on April 23, 2025.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

C:cv38a; T: 00:5