## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDUCATION EXPLOSION, INC. d/b/a IMPACT CHARTER SCHOOL<br>*Plaintiff*, | §<br>§ | Civil Action No. 25-00163-JWD-RLB |
| v. | § | JUDGE JOHN W. DEGRAVELLES |
| LOUISIANA STATE BOARD OF ELEMENTARY AND SECONDARY EDUCATION<br>*Defendant*. | §<br>§ | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## ORDER

Considering the foregoing Motion for Leave to Substitute Pleading filed by Interested Parties, EDUCATION EXPLOSION, INC. and IMPACT CHARTER SCHOOL, accordingly:

**IT IS HEREBY ORDERED** that Interested Parties' Motion be **GRANTED** and the pleading entitled "Interested Parties' Response and Memorandum In Support of Its Response to Defendant's Combined Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim" be substituted and filed into the record of this matter.

Thus, done and signed, this __6th__ day of __May__ 2025, in Baton Rouge, LA.

_____
UNITED STATES DISTRICT JUDGE