**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**MINUTE ENTRY:**
**MAY 13, 2025**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

**EDUCATION EXPLOSION, INC**
*doing business as*
Impact Charter School

**CIVIL ACTION**

**VERSUS**

**NO. 25-0163-JWD-RLB**

**LOUISIANA BOARD OF ELEMENTARY**
**AND SECONDARY EDUCATION**

**MINUTE ENTRY OF STATUS CONFERENCE**

This matter came on this day for a status conference by zoom.

PRESENT:  Priya Kumar
**Counsel for Plaintiff (the Replacement Board of Directors)**

Amanda M. LaGroue
**Counsel for Defendant**

Today's conference was continued and reset for next **Monday, May 19, 2025, at 1:30 p.m. by zoom** since Ashley Nichole Greenhouse, counsel for the original board of directors, did not appear for the zoom conference.

**IT IS ORDERED** that **Ashley Nichole Greenhouse** shall show cause on **May 19, 2025, at 1:30 p.m.** why she should not be held in contempt of court for failing to appear for today's conference.

A separate order for the show cause will be issued.

Signed in Baton Rouge, Louisiana, on <u>May 13, 2025</u>.

Cv36; T: 0:15

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**