**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

EDUCATION EXPLOSION, INC.
d/b/a IMPACT CHARTER SCHOOL

**CIVIL ACTION**

**VERSUS**

**NO. 25-163-JWD-RLB**

LOUISIANA BOARD OF
ELEMENTARY AND SECONDARY
EDUCATION

### ORDER TO SHOW CAUSE

On April 30, 2025, this Court set a status conference for May 13, 2025, to discuss issues related to the pending *Motion for Preliminary Injunction* and *Motion to Dismiss*. (Doc. 32.) Counsel for Plaintiff, Ashley Greenhouse, did not appear at that status conference, despite being given notice of the status conference. During the conference, the Court attempted to reach her but was unsuccessful. When the Court's Courtroom Deputy called the phone number listed on the docket sheet for counsel, there was no answer. Counsel never joined the zoom for the status conference.

Under Federal Rule of Civil Procedure 16, if a party fails to appear at a scheduling or other pretrial conference or to obey a scheduling or other pretrial order, the Court may, *sua sponte*, issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(viii), or an order requiring the payment of reasonable expenses, including attorney's fees, incurred because of any noncompliance with Rule 16. Fed. R. Civ. P. 16(f)(1)(a)-(c), (2). Accordingly,

**IT IS ORDERED** that Plaintiff's counsel Ashley Greenhouse shall show cause on **May 19, 2025, at 1:30 p.m. via zoom** why sanctions should not be issued for her failure to appear at the status conference held May 13, 2025.

**IT IS ORDERED** that, on or before **Friday, May 16, 2025**, Ms. Greenhouse shall file a written response to this show cause order setting forth her position. Ms. Greenhouse may include any supporting documents.

**IT IS FURTHER ORDERED** that failure to comply with this order or to file a written response may result in Ms. Greenhouse being held in contempt of Court.

Signed in Baton Rouge, Louisiana, on <u>May 13, 2025</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**