UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**MAY 19, 2025**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

**EDUCATION EXPLOSION, INC**
*doing business as*
Impact Charter School

CIVIL ACTION

**VERSUS**

NO. 25-0163-JWD-RLB

**LOUISIANA BOARD OF ELEMENTARY**
**AND SECONDARY EDUCATION**

## MINUTE ENTRY OF STATUS CONFERENCE

This matter came on this day for a show cause hearing and a status conference by zoom.

PRESENT:   Ashley Greenhouse
**Counsel for Plaintiff (the Original Board of Directors)**

Priya Kumar
**Counsel for Plaintiff (the Replacement Board of Directors)**

Amanda M. LaGroue
**Counsel for Defendant**

The Court reviewed the facts leading up to this show cause hearing. On April 30, 2025, this Court set a status conference for May 13, 2025, to discuss issues related to the pending *Motion for Preliminary Injunction* and *Motion to Dismiss*. (Doc. 32.) Counsel for Plaintiff, Ashley Greenhouse, did not appear at that status conference, despite being given notice of the status conference. (Doc. 36.) During the conference, the Court attempted to reach her but was unsuccessful. (*Id.*) When the Court's Courtroom Deputy called the phone number listed on the

docket sheet for counsel, there was no answer. (*Id.*) Counsel never joined the zoom for the status conference. (*Id.*)

It was ordered that Plaintiff's counsel Ashley Greenhouse should show cause on May 19, 2025, at 1:30 p.m. via zoom why sanctions should not be issued for her failure to appear at the status conference held May 13, 2025. (*Id.*)

It was ordered that, on or before Friday, May 16, 2025, Ms. Greenhouse should file a written response to the show cause order setting forth her position. (*Id.*) Ms. Greenhouse could include any supporting documents. (*Id.*) It was further ordered that failure to comply with the show cause order or to file a written response may result in Ms. Greenhouse being held in contempt of Court. (*Id.*)

Ashley Greenhouse did not file a written response as ordered.

On May 19, 2025, the morning of the show cause hearing, the Court's Courtroom Deputy made four attempts to contact Ms. Greenhouse at the phone number listed on the docket sheet. The first call was at 8:49 a.m., there was no answer and a message was left. The second call was at 9:37 a.m., there was no answer. The third call was at 10:46 a.m., there was no answer and a second message was left. The fourth call was at 11:01 a.m., there was no answer.

At the conference, Ms. Greenhouse apologized to the Court and said that she had no excuses for her failure to attend the May 13, 2025 status conference or the failure to file the written response as ordered, except to say she was "overwhelmed" the caseload she is handling since Ron Hailey was suspended.

The Court advised Ms. Greenhouse that her conduct was a gross violation of her duty to her client and to the Court and demonstrated unprofessionalism and incompetence inconsistent with those duties. The Court issued her a strike and advised her that if she is

issued three strikes, the Chief Judge will be notified, and she may be subjected to further sanctions including suspension.

The Court then proceeded to the status conference.

The Court inquired whether Ms. Greenhouse wished to conduct discovery, to which she responded affirmatively. Counsel for the Replacement Board of Directors opposed the request, citing financial and funding challenges the new board has encountered since assuming control. Counsel for Defendant concurred with the position and reasoning of counsel for the Replacement Board of Directors.

**IT IS ORDERED** that briefing on the issue of which board constitutes the proper governing board shall be filed within **fourteen (14) days from the date of this order and shall not exceed twenty (20) pages in length**. Reply briefs, if any, shall be filed within **seven (7) days thereafter and shall not exceed ten (10) pages.** At this time, the Court will not permit any discovery. However, following review of the submitted briefs, the Court will determine whether discovery is warranted.

Signed in Baton Rouge, Louisiana, on <u>May 19, 2025</u>.

Cv 34a; T: 0:20
Cv36;   T: 0:15
REPORTER: Natalie Breaux

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**