UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDUCATION EXPLOSION, INC.** <br> **d/b/a IMPACT CHARTER SCHOOL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-163-JWD-RLB** |
| **LOUISIANA BOARD OF ELEMENTARY AND SECONDARY EDUCATION** | |

### ORDER

Considering the *First Amended Emergency Ex Parte Motion for Temporary Restraining Order with Notice Against Defendant* (Doc. 55) ("*FAMTRO*"), purportedly filed by Education Explosion, but in fact filed by the counsel representing Eugene Collins, Tammy Clark, Jacqueline Huggins, Gwendolyn McClain, and Lakeisha Robertson (the "Original Board Members"), **IT IS ORDERED** that the *FAMTRO* is **DENIED WITHOUT PREJUDICE**, for two reasons. First, as this Court explained in its *Ruling and Order* issued July 28, 2025, (Doc. 51), the parties do not dispute that the Replacement Board is factually in control of Education Explosion, (Doc. 14-1 at 15–16; Doc. 22 at 8). The Original Board Member's counsel of record, Ms. Greenhouse, is not counsel of record for the Replacement Board, so she cannot file this motion on behalf of Education Explosion. Second, the Magistrate Judge has not yet ruled on the Original Board Members' *Motion to Intervene* (Doc. 44), so their *FAMTRO* is premature. The Old Board Members may re-urge the instant motion if their *Motion to Intervene* is granted.

Signed in Baton Rouge, Louisiana, on <u>August 5, 2025</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**