UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDUCATION EXPLOSION, INC. d/b/a IMPACT CHARTER<br>*Plaintiff* | * * * * | CIVIL ACTION NO. 25-CV-00163-JWD-RLB |
| | * | JUDGE JOHN W. deGRAVELLES |
| VERSUS | * * | |
| LOUISIANA BOARD OF ELEMENTARY AND SECONDARY EDUCATION<br>*Defendant* | * * * * | MAGISTRATE RICHARD L. BOURGEOIS, JR. |
| c/w | * * | |
| DR. CHAKESHA SCOTT<br>*Plaintiff* | * * * | CIVIL ACTION NO. 25-CV-00888-JWD-RLB |
| VERSUS | * * | |
| TAVARES A. WALKER IN HIS INDIVIDUAL CAPACITY AND IN HIS OFFICIAL CAPACITY AS EXECUTIVE OF THE LOUISIANA STATE BOARD OF ELEMENTARY AND SECONDARY EDUCATION ("BESE"), et al.<br>*Defendants* | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS PAUL HOLLIS, DR. SHARON LATTEN CLARK, SANDY HOLLOWAY, STACEY MELERINE, LANCE HARRIS, RONNIE MORRIS, KEVIN BERKEN, PRESTON CASTILLE, CONRAD APPEL, DR. JUDY ARMSTRONG, AND SIMONE CHAMPAGNE'S MOTION FOR LEAVE TO CONVENTIONALLY FILE EXHIBIT H TO THE DECLARATION OF TAVARES WALKER, ATTACHED AS EXHIBIT 1 TO DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS AND <u>INCORPORATED MEMORANDUM IN SUPPORT</u>**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Paul Hollis, Dr. Sharon Latten Clark, Sandy Holloway, Stacey Melerine, Lance Harris, Ronnie Morris, Kevin Berken, Preston Castille, Conrad Appel, Dr. Judy Armstrong, and Simone Champagne

(collectively, "Defendants" or "BESE Board"), who respectfully move this Honorable Court for leave to conventionally file Exhibit H to the Declaration of Tavares Walker, attached as Exhibit 1 to Defendants' Rule 12(b)(6) Motion to Dismiss [R. Doc. 120-1], which is a recording of the Board of Elementary and Secondary Education ("BESE") hearing on February 21, 2025, on the following grounds:

1.

The Intervenor Plaintiffs, Eugene Collins, Tammy Clark, Jacqueline Huggins, Gwendolyn McClain, and Lakeisha Robertson (collectively, the "Original Board") were members of the governing board of Education Explosion, Inc. ("Education Explosion"), a nonprofit corporation that operates under the trade name Impact Charter School. Impact Charter is located in Baker, Louisiana and is a Type 2 charter school authorized by BESE.

2.

On February 19, 2025, BESE provided a Notice of Public Hearing to the Original Board and informed the Original Board that on February 21, 2025 at 9:00 a.m. CST, it intended to "convene and conduct a public hearing concerning the reconstitution of the board of Education Explosion, Inc. pursuant to Louisiana Revised Statutes 17:3992(D) and Bulletin 126."

3.

BESE held a public hearing on February 21, 2025, which was recorded.

4.

The Original Board has made several allegations in this lawsuit regarding the proceedings that took place before, during, and after a February 21, 2025 BESE hearing at which the Board of Directors for Education Explosion d/b/a Impact Charter School was reconstituted.

5.

BESE's hearings are open to the public and a live stream of those hearings is available on YouTube.

6.

In addition to being publicly-available, the recording of the BESE hearing on February 21, 2025 has been authenticated by Tavares Walker in his Declaration, attached as Exhibit 1 to Defendants' Rule 12(b)(6) Motion to Dismiss (R. Doc. 120-1).

7.

Pursuant to Local Administrative Rules III(A)(2), and the limitations on the CM/ECF filing system, which accepts only PDF files for upload electronically, Defendants request leave to file the recording of the February 21, 2025 BESE hearing (Exhibit H to the Declaration of Tavares Walker) conventionally, by hand delivering a USB copy to this Court and all parties.

**WHEREFORE**, Defendants, Paul Hollis, Dr. Sharon Latten Clark, Sandy Holloway, Stacey Melerine, Lance Harris, Ronnie Morris, Kevin Berken, Preston Castille, Conrad Appel, Dr. Judy Armstrong, and Simone Champagne pray that their Motion for Leave to Conventionally File Exhibit H to the Declaration of Tavares Walker, Attached as Exhibit 1 to Defendants' Rule 12(b)(6) Motion to Dismiss be granted and that this Court allow Defendants to file a USB copy of the February 21, 2025 BESE hearing, and to provide a copy to all parties by the same method.

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

BY: <u>*/s/ Stephen L. Miles*</u>
Stephen L. Miles, 31263
Emily E. Ross, 34739
Alease T. Scott, 37533
PIPES | MILES | BECKMAN, LLC
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Telephone: 504-322-7070
Facsimile: 504-322-7520
smiles@pipesmiles.com
eross@pipesmiles.com
ascott@pipesmiles.com

*and*

Carey T. Jones (#07474)
Amanda M. LaGroue (#35509)
Assistant Attorney Generals
Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6060
Fax: (225) 326-6098
Email: jonescar@ag.louisiana.gov
    LaGroueA@ag.louisiana.gov

*Counsel for Defendants,*
*Paul Hollis, Dr. Sharon Latten Clark,*
*Sandy Holloway, Stacey Melerine, Lance*
*Harris, Ronnie Morris, Kevin Berken,*
*Preston Castille, Conrad Appel,*
*Dr. Judy Armstrong, and*
*Simone Champagne*

4